**IT IS SO ORDERED.**

**SIGNED THIS: November 27, 2024**

_____
**Peter W. Henderson
United States Chief Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GRM INDUSTRIES, LLC, | ) | Case No. 23-80024 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| ANDREW S. ERICKSON, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Case No. 23-08012 |
| | ) | |
| A2 SALES, LLC d/b/a/ | ) | |
| ALLIANCE STEEL, LLC, | ) | |

**ORDER DISMISSING ADVERSARY CASE 23-08012**

NOW THIS CAUSE coming on to be heard upon the trustee's Motion to Approve Compromise with A2 Sales, LLC d/b/a Alliance Steel ("Alliance Steel"), this Court, having reviewed and considered the same FINDS:

A. The proposed compromise of the claims the chapter 7 estate has against Alliance Steel has been approved.

B. The approved settlement payment has been received by the chapter 7 estate; and

C. This adversary case should be dismissed with prejudice with each party to bear their own costs and fees.

IT IS THEREFORE ORDERED:

1.  This adversary case is dismissed with prejudice with each party to bear their own costs and fees;

2.  This is a final and appealable order. There is no just cause to delay enforcement of, or appeal from, this final order.

###